UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT A. VON VILLAS, | Case No. CV 98-1072-DDP(AJW) |
| Petitioner, | |
| v. | |
| S. HUBBARD, WARDEN, et al., | JUDGMENT |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: _August 12, 2011___

_____
Dean D. Pregerson
United States District Judge